Opinion filed November 19, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed November 19,
2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00229-CV

                                                    __________

 

                                   MOHAMMED J. KHAN, Appellant

                                                             V.

                 MEMBERS
TRUST OF THE SOUTHWEST FCU, Appellee

 



 

                                        On
Appeal from the County Court at Law

                                                           
Erath County, Texas

                                                 Trial
Court Cause No. CV06869

 



 

                                              M E
M O R A N D U M   O P I N I O N

The
trial court signed its judgment on June 9, 2009.  Appellant filed both a motion
for new trial and a notice of appeal.  An affidavit of inability to pay costs
was not filed.  When the record was not filed pursuant to Tex. R. App. P. 35, the clerk of this
court notified the parties stating that the due date had been extended until
October 7, 2009.  Tex. R. App. P.
37.3(a).  As of this date, the record has not been filed in this court.

Pursuant
to Tex. R. App. P. 37.3(b), it
appears that the failure to file the record is due to appellant=s actions.  Therefore, the
appeal is dismissed.

 

November 19, 2009                                                                 PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.